18399. BARDEN, Trustee, *v.* WENDER REALTY COMPANY.

ALMAND, Justice. It not appearing that there was any service, acknowledgment of service, or waiver of service of the bill of exceptions after its certification by the trial judge, as required by Code § 6-911, but only that service was acknowledged of a copy of the bill of exceptions and of a notice that it would be presented to the judge on a named future date, in conformity with the act of 1946 (Ga. L. 1946, pp. 726-735; Code, Ann. Supp., § 6-908.1), requiring notice of intention to present to the judge for approval a bill of exceptions, this court is without jurisdiction of the writ of error, and it must be dismissed. *Mauldin v. Mauldin,* 203 *Ga.* 123 (45 S. E. 2d 818); *Henry* v. *Gillis,* 204 *Ga.* 397 (50 S. E. 2d 73).

*Writ of error dismissed. All the Justices concur, except Duckworth, C. J., not participating.*

SUBMITTED NOVEMBER 10, 1953—DECIDED NOVEMBER 12, 1953—
REHEARING DENIED NOVEMBER 25, 1953.

*Mitchell & Mitchell,* for plaintiff in error.
*A. S. Grove,* contra.